**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-7279**

NATHANIEL H. JONES, a/k/a Nathaniel Hampton,
a/k/a Nathaniel Hampton Jones,

                                        Plaintiff - Appellant,

        versus

STATE OF SOUTH CAROLINA,

                                        Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  G. Ross Anderson, Jr., District
Judge.  (CA-01-69-2-17AJ)

Submitted:  January 31, 2002       Decided:  February 6, 2002

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nathaniel H. Jones, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Nathaniel H. Jones appeals from the district court's order denying Jones' post-judgment motion seeking consolidation of this action with a mandamus petition Jones filed in this court. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Jones v. South Carolina, No. CA-01-69-2-17AJ (D.S.C. July 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED